UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-3155-AHM (VBKx) | Date | August 15, 2008 |
|---|---|---|---|
| Title | LORI SCHLAIFFER v. NOVARTIS PHARMACEUTICALS CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|
| Craig Trent Brynes | Paul G. Szumiak |
| | Samantha Goodman |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION Defendant Novartis Pharmaceuticals Corporation's Motion for Summary Judgment as to All Claims by Plaintiff [49].  The parties will be notified if a hearing is necessary.

|  | : |
|---|---|
| Initials of Preparer | SMO |