FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1  LINDA E. SHOSTAK (CA SBN 64599)
   LShostak@mofo.com
2  SAMANTHA P. GOODMAN (CA SBN 197921)
   SGoodman@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
4  Los Angeles, California  90013
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Defendant
   NOVARTIS PHARMACEUTICALS
7  CORPORATION

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10

11
   Lori Schlaiffer,                    Case No. CV 073155 AHM(VBKx)
12
                  Plaintiff,           [PROPOSED] JUDGMENT
13
        v.                             Date:     June 23, 2008
14                                     Time:     10:00 a.m.
   Novartis Pharmaceuticals Corporation, Courtroom: 14
15
                  Defendant.           Judge: Hon. A. Howard Matz
16

17

18

19

20

21

22

23

24

25

26

27

28

The Motion of Defendant Novartis Pharmaceuticals Corporation for Summary Judgment, or in the Alternative for Summary Adjudication of Claims, came on regularly for hearing before this Court on ~~June 23,~~ August 28, 2008, the Honorable A. Howard Matz presiding.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and that Defendant Novartis Pharmaceuticals Corporation recover its costs.

Dated: 9/7/08

By: _____
A. Howard Matz
United States District Judge